FILED

MAR 0 6 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| KAREN DAVIS,<br><br>                  Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.,<br><br>                  Defendant. | No. CV 16-10-H-SEH<br><br>**ORDER** |

This Order amends and supplements the Court's scheduling Order of April 26, 2016,[1] as supplemented by the Court's Order of May 25, 2016.[2]

Disclosure of Plaintiff's experts and reports were due on or before September 30, 2016.[3]

---

[1] Doc. 15.

[2] Doc. 16.

[3] Doc. 15 at 1.

-1-

Disclosure of Defendants' experts and reports were due on or before October 28, 2016.[4]

ORDERED:

1. Complete copies of all expert reports shall be served upon opposing counsel and filed on or before **March 10, 2017.**

2. Separate written disclosures of all non-retained experts (expert witnesses not required to provide written reports) shall be served upon opposing counsel and filed on or before **March 10, 2017.** Such disclosures must address and include all information required by Fed. R. Civ. P. 26(a)(2)(A) and (C) and shall include separate statements of each opinion to be offered, specific identification of and source citations to the record to facts or data considered, referenced, or relied upon by the witness in forming the opinions expressed, and the bases and reasons for the opinions. Such disclosures are expected to be complete, comprehensive, accurate, and tailored to the issues on which the expert is expected to testify.

All other matters and deadlines in the Court's Order of April 26, 2016,[5] as supplemented by the Court's Order of May 25, 2016,[6] remain in full force and

---

[4] *Id.* at 2.

[5] Doc. 15.

[6] Doc. 16.

effect.

DATED this 6th day of March, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge