# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| KAREN DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>SAFEWAY, INC.,<br><br>Defendant. | No. CV 16-10-H-SEH<br><br>ORDER |

The parties having filed a Stipulation for Dismissal with Prejudice,

ORDERED:

This case is DISMISSED with prejudice, each party to bear its own costs.

DATED this 9th day of May, 2017.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge